**UNITED STATES of America,**
**Appellee,**

v.

**Leroy Louis SCOTT, Jr., Appellant.**

**No. 01–1794.**

United States Court of Appeals,
Eighth Circuit.

Submitted Nov. 6, 2001.

Decided Nov. 14, 2001.

Before BOWMAN, BEAM, and BYE, Circuit Judges.

PER CURIAM.

After a jury trial, Leroy Louis Scott, Jr., was convicted of escaping from federal custody, in violation of 18 U.S.C. § 751(a) (1994). The District Court[1] sentenced him to sixteen months' imprisonment and two years' supervised release. On appeal, his counsel has filed a brief and moved to withdraw under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and Scott has filed a pro se supplemental brief.

We have carefully considered each of the issues raised on appeal–regarding Scott's speedy-trial rights under the Sixth Amendment and the Speedy Trial Act, his Fifth Amendment right to be free from excessive pre-indictment delay, the alleged variance between the indictment and the jury instructions, the District Court's re-

---

1. The Honorable Lawrence L. Piersol, Chief Judge, United States District Court for the District of South Dakota.

ceipt of hearsay evidence, and his duplicity challenge to the indictment–and we find each argument to be without merit. Additionally, having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have not found any nonfrivolous issues for appeal.

Accordingly, we affirm the judgment of the District Court, and we grant counsel's motion to withdraw.